IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| NELLE H. TAYLOR | ) | |
| | ) | |
|    Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER: |
| | ) | 3:07-CV-00394 |
| NORTH AMERICAN VAN LINES, INC. a | ) | |
| Corporation; and TAMPA BAY NORTH | ) | |
| AMERICAN, a corporation, and GREG | ) | |
| DALPHIN, individually and as an agent, | ) | |
| servant and employee of Tampa Bay North | ) | |
| American, et al. | ) | |
| | ) | |
|    Defendants | ) | |

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), defendants North American Van Lines, Inc. and Tampa Bay North American move to dismiss the above-entitled action. As grounds in support of said motion defendants state as follows:

1. Plaintiff's complaint fails to state a claim upon which relief can be granted.


BISHOP, COLVIN, JOHNSON & KENT      *s/ Burgin H. Kent*
1910 1st Avenue North                            Burgin H. Kent (KEN003)
Birmingham, AL 35203
Phone: (205) 251-2881                       *s/ Lucy Hester*
Fax:    (205) 254-3987                          Lucy Hester (HES013)

*Attorneys for Defendants North American Van Lines, Inc. and Tampa Bay North American*

**CERTIFICATE OF SERVICE**

     I hereby certify that I have served a true and correct copy of the foregoing Motion to Dismiss on all parties in this cause, or their counsel of record, by placing a copy of same in the U.S. Mail, postage prepaid, addressed to the following:

     C.S. Whittelsey, III, Esq.
     Whittelsey, Whittelsey & Poole, P.C.
     P.O. Box 106
     Opelika, Alabama  36803-0106

     Greg Dolphin
     1430-A Tampa East Blvd.
     Tampa, Florida  33619

on this the 11th day of May, 2007.

                                         *s/ Burgin H. Kent*
                                         Burgin H. Kent