IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| NELLE H. TAYLOR,<br>　　　Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 3:07 CV 394-MEF |
| | * | |
| NORTH AMERICAN VAN LINES, INC.<br>a Corporation; and TAMPA BAY NORTH<br>AMERICAN, a corporation, and GREG<br>DOLPHIN, individually and as an agent,<br>servant and employee of Tampa Bay North<br>American, et. al. | *<br><br><br>*<br><br>* | |
| 　　　Defendants. | | |

## MOTION TO SUPPLEMENT AND AMEND THE COMPLAINT

COMES NOW, The Plaintiff, Nelle H. Taylor, moves this Honorable Court, to grant her leave to supplement the complaint in the above styled cause in accord with Rule 15 (b) and (d) Federal Rules of Civil Procedure as grounds therefore respectfully shows unto this Honorable Court the following:

1.　　The Plaintiff, Nelle H. Taylor, is a citizen of Alabama.

2.　　North American Van Lines, Inc. is a corporation of Delaware, Tampa Bay North American a corporation of Flordia and Greg Dolphin a citizen of Flordia.

3. The Plaintiff filed a lawsuit against the Defendants in the Circuit Court of Lee County, Alabama, styled as Nelle H. Taylor v. North American Van Lines, Inc. a Corporation and Tampa Bay North American, a corporation, and Greg Dolphin, individually and as an agent, servant and employee of Tampa Bay North American, et al. CV-07-000149.

4. The Plaintiff moves to amend the original complaint to correctly identify the Defendant Greg Dolphin (incorrectly designated as Greg Dalphin) and to include Greg Dolphin Enterprises, Inc. as a Defendant based upon the information contained in the Defendant's Notice of Removal.

5. The original complaint inadvertently omitted an amount of damages.

6. The total of all damages from the above styled suit, inclusive of cost, interest, punitive, and all other damages, does not exceed $74,000 (Seventy-four thousand dollars).

WHEREFORE, the Plaintiff, Nelle H. Taylor prays upon this Honorable Court to grant the Plaintiff's motion to supplement his complaint and for any such further relief the cause of justice may requires.

Respectfully submitted this the 16th day of May, 2007,

WHITTELSEY, WHITTELSEY & POOLE, P.C.

s/ W. David Dawson  
W. DAVID DAWSON  
Attorney for the Plaintiff  
600 Avenue A  
Post Office Box 106  
Opelika, Alabama 36803

s/ C. S. Whittelsey  
C. S. WHITTELSEY  
Attorney for the Plaintiff  
600 Avenue A  
Post Office Box 106  
Opelika, Alabama 36803

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document upon the attorneys for the defendants, Burgin H. Kent and Lucy Hester by hand delivering a copy or by placing it in the United State mail, postage prepaid, to the correct address of Bishop, Calvin, Johnson & Kent, 1910 1st Avenue Birmingham, Alabama on this the 16th day of May , 2007.

                                            s/ C. S. Whittelsey_____
                                            C. S. WHITTELSEY

                                             s/ W. David Dawson_____
                                             W. DAVID DAWSON