IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NELLE H. TAYLOR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER: 3:07 CV 394-MEF |
| ) | |
| NORTH AMERICAN VAN LINES, INC. a ) | |
| Corporation and TAMPA BAY NORTH ) | |
| AMERICAN, a corporation, and GREG ) | |
| DOLPHIN, individually and as an agent, ) | |
| servant and employee of Tampa Bay North ) | |
| American, et al. ) | |
| ) | |
| Defendants. ) | |

## OBJECTION TO REMOVAL

TO THE JUDGES OF THE UNITED STATE DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION:

Defendants, North American Van Lines, Inc. ("North American"), Tampa Bay North American ("Tampa Bay"), and Greg Dolphin ("Dolphin") (incorrectly designated as Greg Dalphin), on May 4, 2007 filed their Notice of Removal of the above-captioned action from the Circuit Court of Lee County, Alabama to the United States District Court for the Middle District of Alabama, Eastern Division.

1. Plaintiff, Nelle H. Taylor is a citizen of Lee County, Alabama.

2. Plaintiff alleges that the amount in controversy and total damages claimed in the above styled suit do <u>NOT</u> exceed $74,000.00 (Seventy-Four Thousand and no/100 Dollars).

3. The Defendants Notice of Removal of this case to this Honorable Court is without "prov[ing] by a preponderance of the evidence that the amount in

controversy exceeds the jurisdictional requirement." <u>Miedema v. Maytag, Corp.</u>, 450 F. 3d 1322, 1330 (11th Cir. 2006) citing <u>Williams v. Best Buy Co., Inc.</u>, 269 F. 3d 1316, 1319 (11th Cir. 2001).

4. In the alternative, that is should this case have been removed, then Plaintiff seeks remand of this case based upon 28 U.S.C. § 1447 (c).

5. Upon filing of this Objection to Removal, Plaintiff has given written Notice thereof to the Attorneys for the Defendants and unrepresented Party Defendant, Greg Dalphin (Dolphin) and has filed a copy of these proceedings and Notice with the Circuit Court of Lee County, Alabama all in accordance with the law.

WHEREFORE, the Plaintiff, Nelle H. Taylor, prays that the above Objection to Removal be granted and the above styled cause be Remanded to the Circuit Court of Lee County, Alabama, and for any such relief the cause of justice may require.

Respectfully submitted this the 16th day of May, 2007.

                WHITTELSEY, WHITTELSEY & POOLE, P.C.

                By: s/ C. S. Whittelsey_____
                    C. S. Whittelsey (ASB-7875-E68C)
                    Attorney for Plaintiff
                    600 Avenue A
                    Post Office Box 106
                    Phone: (334) 745-7766
                    Fax:    (334)745-7666

                By: s/ W. David Dawson_____
                    W. David Dawson (ASB-5555-M69D)
                    Attorney for Plaintiff
                    600 Avenue A
                    Post Office Box 106
                    Phone: (334) 745-7766
                    Fax:    (334)745-7666

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing pleadings upon attorneys of record and all parties to this cause by placing in the United States mail, postage prepaid, addressed to the following, on this the 16th day of May, 2007.

Burgin H. Kent and Lucy Hester
Bishop, Calvin, Johnson & Kent
Attorneys at Law
1910 1st Avenue
Birmingham, Alabama 35203

Greg Dolphin
1430-A Tampa East Blvd.
Tampa, Flordia 33619

                                             s/ C. S. Whittelsey
                                             C.S. WHITTELSEY

                                             s/ W. David Dawson
                                             W. DAVID DAWSON