**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 17, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Taylor v. North American Van Lines, Inc. et al

**Case Number:** 3:07cv00394-MEF

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents previously attached to include the case number.**

**The correct PDF documents are attached to this notice for your review. Reference is made to document # 4, 5, & 6 filed on May 16, 2007.**

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| NELLE H. TAYLOR, | * | |
| Plaintiff, | | |
| | * | |
| v. | * | CASE NO. 3:07 CV 394-MEF |
| | | |
| NORTH AMERICAN VAN LINES, INC. | * | |
| a Corporation; and TAMPA BAY NORTH | | |
| AMERICAN, a corporation, and GREG | | |
| DOLPHIN, individually and as an agent, | * | |
| servant and employee of Tampa Bay North | | |
| American, et. al. | | |
| | * | |
| Defendants. | | |

## MOTION TO SUPPLEMENT AND AMEND THE COMPLAINT

COMES NOW, The Plaintiff, Nelle H. Taylor, moves this Honorable Court, to grant her leave to supplement the complaint in the above styled cause in accord with Rule 15 (b) and (d) Federal Rules of Civil Procedure as grounds therefore respectfully shows unto this Honorable Court the following:

1. The Plaintiff, Nelle H. Taylor, is a citizen of Alabama.

2. North American Van Lines, Inc. is a corporation of Delaware, Tampa Bay North American a corporation of Flordia and Greg Dolphin a citizen of Flordia.

3.  The Plaintiff filed a lawsuit against the Defendants in the Circuit Court of Lee County, Alabama, styled as Nelle H. Taylor v. North American Van Lines, Inc. a Corporation and Tampa Bay North American, a corporation, and Greg Dolphin, individually and as an agent, servant and employee of Tampa Bay North American, et al. CV-07-000149.

4.  The Plaintiff moves to amend the original complaint to correctly identify the Defendant Greg Dolphin (incorrectly designated as Greg Dalphin) and to include Greg Dolphin Enterprises, Inc. as a Defendant based upon the information contained in the Defendant's Notice of Removal.

5.  The original complaint inadvertently omitted an amount of damages.

6.  The total of all damages from the above styled suit, inclusive of cost, interest, punitive, and all other damages, does not exceed $74,000 (Seventy-four thousand dollars).

WHEREFORE, the Plaintiff, Nelle H. Taylor prays upon this Honorable Court to grant the Plaintiff's motion to supplement his complaint and for any such further relief the cause of justice may requires.

Respectfully submitted this the 16th day of May, 2007,

WHITTELSEY, WHITTELSEY & POOLE, P.C.

s/ W. David Dawson
W. DAVID DAWSON
Attorney for the Plaintiff
600 Avenue A
Post Office Box 106
Opelika, Alabama 36803

s/ C. S. Whittelsey
C. S. WHITTELSEY
Attorney for the Plaintiff
600 Avenue A
Post Office Box 106
Opelika, Alabama 36803

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document upon the attorneys for the defendants, Burgin H. Kent and Lucy Hester by hand delivering a copy or by placing it in the United State mail, postage prepaid, to the correct address of Bishop, Calvin, Johnson & Kent, 1910 1st Avenue Birmingham, Alabama on this the 16th day of May , 2007.

                                          s/ C. S. Whittelsey_____
                                          C. S. WHITTELSEY

                                          s/ W. David Dawson_____
                                          W. DAVID DAWSON

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NELLE H. TAYLOR )<br>)<br>Plaintiff, )<br>)<br>v. ) CASE NUMBER: 3:07 CV 394-MEF<br>)<br>NORTH AMERICAN VAN LINES, INC. a )<br>Corporation and TAMPA BAY NORTH )<br>AMERICAN, a corporation, and GREG )<br>DOLPHIN, individually and as an agent, )<br>servant and employee of Tampa Bay North )<br>American, et al. )<br>)<br>Defendants. ) | |

## OBJECTION TO REMOVAL

TO THE JUDGES OF THE UNITED STATE DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION:

Defendants, North American Van Lines, Inc. ("North American"), Tampa Bay North American ("Tampa Bay"), and Greg Dolphin ("Dolphin") (incorrectly designated as Greg Dalphin), on May 4, 2007 filed their Notice of Removal of the above-captioned action from the Circuit Court of Lee County, Alabama to the United States District Court for the Middle District of Alabama, Eastern Division.

1. Plaintiff, Nelle H. Taylor is a citizen of Lee County, Alabama.

2. Plaintiff alleges that the amount in controversy and total damages claimed in the above styled suit do NOT exceed $74,000.00 (Seventy-Four Thousand and no/100 Dollars).

3. The Defendants Notice of Removal of this case to this Honorable Court is without "prov[ing] by a preponderance of the evidence that the amount in

controversy exceeds the jurisdictional requirement." <u>Miedema v. Maytag, Corp.</u>, 450 F. 3d 1322, 1330 (11th Cir. 2006) citing <u>Williams v. Best Buy Co., Inc.</u>, 269 F. 3d 1316, 1319 (11th Cir. 2001).

4. In the alternative, that is should this case have been removed, then Plaintiff seeks remand of this case based upon 28 U.S.C. § 1447 (c).

5. Upon filing of this Objection to Removal, Plaintiff has given written Notice thereof to the Attorneys for the Defendants and unrepresented Party Defendant, Greg Dalphin (Dolphin) and has filed a copy of these proceedings and Notice with the Circuit Court of Lee County, Alabama all in accordance with the law.

WHEREFORE, the Plaintiff, Nelle H. Taylor, prays that the above Objection to Removal be granted and the above styled cause be Remanded to the Circuit Court of Lee County, Alabama, and for any such relief the cause of justice may require.

Respectfully submitted this the 16th day of May, 2007.

WHITTELSEY, WHITTELSEY & POOLE, P.C.

By: s/ C. S. Whittelsey_____
    C. S. Whittelsey (ASB-7875-E68C)
    Attorney for Plaintiff
    600 Avenue A
    Post Office Box 106
    Phone: (334) 745-7766
    Fax:   (334)745-7666

By: s/ W. David Dawson_____
    W. David Dawson (ASB-5555-M69D)
    Attorney for Plaintiff
    600 Avenue A
    Post Office Box 106
    Phone: (334) 745-7766
    Fax:   (334)745-7666

CERTIFICATE OF SERVICE

      I hereby certify that I have served a true and correct copy of the foregoing pleadings upon attorneys of record and all parties to this cause by placing in the United States mail, postage prepaid, addressed to the following, on this the 16th day of May, 2007.

Burgin H. Kent and Lucy Hester
Bishop, Calvin, Johnson & Kent
Attorneys at Law
1910 1st Avenue
Birmingham, Alabama 35203

Greg Dolphin
1430-A Tampa East Blvd.
Tampa, Flordia 33619

                                                s/ C. S. Whittelsey
                                                C.S. WHITTELSEY


                                                s/ W. David Dawson
                                                W. DAVID DAWSON

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NELLE H. TAYLOR,<br>    Plaintiff | *<br><br>* |
| v. | *   CASE NO. 3:07 CV 394 MEF<br><br>* |
| NORTH AMERICAN VAN LINES, INC.,<br>a Corporation and TAMPA BAY NORTH<br>AMERICAN, a corporation, and GREG<br>DOLPHIN, individually and as an agent,<br>servant and employee of Tampa Bay North<br>American and DOLPHIN ENTERPRISES, INC.<br> et al.<br>    Defendants. | *<br><br>*<br><br>*<br><br>*<br><br>* |

## SUPPLEMENTAL AND AMENDED COMPLAINT

### COUNT I

### (LIBEL)

1.  The Plaintiff, Nelle H. Taylor, is a citizen of Alabama.

2.  North American Van Lines, Inc. is a corporation of Delaware, Tampa Bay North American is a corporation of Florida, Greg Dolphin Enterprises of Florida and Greg Dolphin is a citizen of Florida.

3.  Plaintiff is an 81 year old widow. In November 2004, Plaintiff contacted North American for her contemplated move to Connecticut.

4.  Shortly after Plaintiff contacted North American, Dolphin, as president of Tampa Bay and representative of North American, made an appointment with Plaintiff at her home to discuss the packing, moving and storing of Plaintiff's

furnishings.

5. The parties entered into written and/or verbal agreement for the packing, moving and storing of Plaintiff's furnishings for approximately $840.00 plus packing cost ($600.00 pick-up and $120.00 per month for storage). On the date of pick-up, Defendants' truck driver required a $1,000 payment which Plaintiff paid. Subsequently, North American telephoned Plaintiff informing her that the move involved 4,000 pounds hence an additional cost of $2,357.20.

6. In December 2004, Plaintiff became very ill with a heart condition requiring hospitalization and housing in a Winter Haven, Florida, nursing home until January 25, 2005.

7. By telephone Defendants agreed to transport Plaintiff's furnishings on January 24, 2005, to Auburn, Alabama; however, due to Plaintiff's illness the move was delayed. Defendants were so advised.

8. On October 6, 2006, Plaintiff wrote a letter advising Defendants to deliver her property to Oak Park Terrace located at 1365 Gateway Drive, Apartment #412, Auburn, Alabama 36830, and she requested it arrive on December 4, 2006.

9. On November 21, 2006, Taylor called Dolphin's office and inquired as to the payment for storage and trucking of her furnishings to Auburn, Alabama. Plaintiff paid an additional $1,949.07 for storage and trucking.

10. Defendants told Plaintiff that pick up from storage was scheduled for December 2, 2006, with delivery to the Auburn address on December 4, 2006;

      however, the delivery date was an open date through December 13, 2006.

      Telephone numbers in Auburn, Alabama, were given for the truck driver.

11.     On December 1, 2006, Plaintiff telephoned Defendants to reaffirm delivery date of December 4, 2006. Plaintiff was told, quote:

"…the driver would not pick up furniture on December 2, 2006, but would pick up on December 4, 2006, and deliver later that week, or within a 10 day window depending on how many stops the driver had to make and where the furniture was loaded in the truck, last loaded will be first delivered.."

12.     The above scenario continued by telephone for another week until finally Dolphin telephoned and said, quote:

"They were unable to find the stowed property and that they had 400 bins to search. They were searching and they would keep you (Plaintiff) informed."

13.     On December 15, 2006, Defendants refunded to Plaintiff the above sum of $1,949.07. Plaintiff's furnishings were never delivered.

14.     Defendants' actions have caused Plaintiff to expend substantial money to purchase replacement property, pay additional cost for living space and suffer physical and mental damages.

As a proximate result of said intentional, willful, wanton and libel acts and conduct of said Defendant, the Plaintiff suffered and sustained injuries and damages not exceeding $74,000 (seventy-four thousand dollars) inclusive of any and all compensatory damages, cost, interest, punitive damages and any and all other damages.

Respectfully submitted this the 16th day of May 2007.

WHITTELSEY, WHITTELSEY & POOLE, P.C.

s/ C. S. Whittelsey_____
C. S. WHITTELSEY
Attorney for the Plaintiff
600 Avenue A
Post Office Box 106
Opelika, Alabama 36803

s/ W. David Dawson_____
W. DAVID DAWSON
Attorney for the Plaintiff
600 Avenue A
Post Office Box 106
Opelika, Alabama 36803

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing pleadings upon attorneys of record and all parties to this cause by placing in the United States mail, postage prepaid, addressed to the following on this the 16th day of May, 2007.

Burgin H. Kent and Lucy Hester
Bishop, Calvin, Johnson & Kent
Attorneys at Law
1910 1st Avenue
Birmingham, Alabama 35203

Greg Dolphin
1430-A Tampa East Blvd.
Tampa, Florida 33619

                                              s/ C. S. Whittelsey_____
                                              C. S. WHITTELSEY

                                              s/ W. David Dawson _____
                                              W. DAVID DAWSON