IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NELLIE H. TAYLOR, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 3:07-cv-394-MEF |
| | ) |
| NORTH AMERICAN VAN LINES, | ) |
| INC., *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Objection to Notice of Removal (Doc. #5) filed on May 16, 2007 which the court construes to be a motion to remand, it is hereby ORDERED:

1. The defendants file a response which shall include a brief and any evidentiary materials on or before May 31, 2007.

2. The plaintiff may file a reply brief on or before June 7, 2007.

DONE this the 17th day of May, 2007.

                                                       /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE