IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NELLIE H. TAYLOR, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 3:07-cv-394-MEF |
| | ) |
| NORTH AMERICAN VAN LINES, | ) |
| INC., *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Amend/Correct and Supplement the Complaint (Doc. #4) filed on May 16, 2007, it is hereby

ORDERED that the defendants show cause in writing on or before May 25, 2007 as to why the motion should not be granted.

DONE this the 17th day of May, 2007.

                                                /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE