IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NELLE H. TAYLOR )<br>)<br>  Plaintiff  )<br>)<br>v.  )<br>)<br>NORTH AMERICAN VAN LINES, INC. a )<br>Corporation; and TAMPA BAY NORTH )<br>AMERICAN, a corporation, and GREG DOLPHIN, )<br>individually and as an agent, servant and employee )<br>of Tampa Bay North American, et al.  )<br>)<br>  Defendants  ) | CIVIL ACTION NUMBER:<br>3:07-CV-00394 |

**NOTICE OF APPEARANCE**

Comes now Burgin H. Kent and Lucy Hester of the firm of Bishop, Colvin, Johnson & Kent, and file their appearance as counsel for defendant, Greg Dolphin. Please direct all notices and pleadings to the address below:

>Bishop, Colvin, Johnson & Kent
>1910 First Avenue North
>Birmingham, AL   35203
>Phone : (205) 251-2881
>Fax    : (205) 254-3987
>E-mail: burginkent@bishopcolvin.com,
>      lahester@bishopcolvin.com

Respectfully submitted on this 25th day of May, 2007.

| | |
|---|---|
| BISHOP, COLVIN, JOHNSON & KENT<br>1910 1st Avenue North<br>Birmingham, AL  35203<br>Phone:  (205) 251-2881<br>Fax:     (205) 254-3987 | *s/ Burgin H. Kent*<br>Burgin H. Kent (ASB-1803-K60B)<br><br>*s/ Lucy Hester*<br>Lucy Hester (ASB-9827-C64H)<br><br>*Attorneys for Defendants North American Van Lines, Inc., Tampa Bay North American, Greg Dolphin, Greg Dolphin Enterprises, Inc.* |

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this 25th day of May, 2007.

>W. David Dawson, Esq.
>Whittelsey, Whittelsey & Poole, P.C.
>P.O. Box 106
>Opelika, Alabama  36803-0106
>ddawson@wwp-law.com

I hereby certify that a true and correct copy of the foregoing has been served on the following by placing a copy of same in the U.S. Mail, postage prepaid, this the 25th day of May, 2007.

>C.S. Whittelsey, III, Esq.
>Whittelsey, Whittelsey & Poole, P.C.
>P.O. Box 106
>Opelika, Alabama  36803-0106

>>*s/ Burgin H. Kent*
>>Burgin H. Kent