IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NELLE H. TAYLOR ) | |
| ) | |
|   Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER: |
| ) | 3:07-CV-00394 |
| NORTH AMERICAN VAN LINES, INC. a ) | |
| Corporation; and TAMPA BAY NORTH ) | |
| AMERICAN, a corporation, and GREG DOLPHIN, ) | |
| individually and as an agent, servant and employee ) | |
| of Tampa Bay North American, et al. ) | |
| ) | |
|   Defendants ) | |

**NOTICE OF APPEARANCE**

Comes now Burgin H. Kent and Lucy Hester of the firm of Bishop, Colvin, Johnson & Kent, and file their appearance as counsel for defendant, Greg Dolphin Enterprises, Inc. Please direct all notices and pleadings to the address below:

>Bishop, Colvin, Johnson & Kent
>1910 First Avenue North
>Birmingham, AL   35203
>Phone : (205) 251-2881
>Fax    : (205) 254-3987
>E-mail: burginkent@bishopcolvin.com,
>      lahester@bishopcolvin.com

Respectfully submitted on this 25th day of May, 2007.

| | |
|---|---|
| BISHOP, COLVIN, JOHNSON & KENT | *s/ Burgin H. Kent* |
| 1910 1st Avenue North | Burgin H. Kent (ASB-1803-K60B) |
| Birmingham, AL  35203 | |
| Phone:  (205) 251-2881 | *s/ Lucy Hester* |
| Fax:     (205) 254-3987 | Lucy Hester (ASB-9827-C64H) |
| | |
| | *Attorneys for Defendants North American Van Lines, Inc., Tampa Bay North American, Greg Dolphin, Greg Dolphin Enterprises, Inc.* |

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this 25th day of May, 2007.

    W. David Dawson, Esq.
    Whittelsey, Whittelsey & Poole, P.C.
    P.O. Box 106
    Opelika, Alabama  36803-0106
    ddawson@wwp-law.com

  I hereby certify that a true and correct copy of the foregoing has been served on the following by placing a copy of same in the U.S. Mail, postage prepaid, this the 25th day of May, 2007.

    C.S. Whittelsey, III, Esq.
    Whittelsey, Whittelsey & Poole, P.C.
    P.O. Box 106
    Opelika, Alabama  36803-0106

          *s/ Burgin H. Kent*
          Burgin H. Kent