IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NELLE H. TAYLOR )<br>)<br>  Plaintiff )<br>)<br>v. )<br>)<br>NORTH AMERICAN VAN LINES, INC. a )<br>Corporation; and TAMPA BAY NORTH )<br>AMERICAN, a corporation, and GREG )<br>DOLPHIN, individually and as an agent, )<br>servant and employee of Tampa Bay North )<br>American, et al. )<br>)<br>  Defendants ) | CIVIL ACTION NUMBER:<br>3:07-CV-00394 |

**DEFENDANTS NORTH AMERICAN VAN LINES, INC.,
TAMPA BAY NORTH AMERICAN, GREG DOLPHIN, AND
GREG DOLPHIN ENTERPRISES, INC.
RESPONSE TO PLAINTIFF'S MOTION TO
AMEND AND SUPPLEMENT COMPLAINT**

---

In response to plaintiff's motion to amend and supplement her complaint, defendants North American Van Lines, Inc., Tampa Bay North American, Greg Dolphin, and Greg Dolphin Enterprises, Inc. (hereinafter collectively referred to as "Defendants") respond as follows:

    1.    The removal of the above-styled case to this Honorable Court was proper and reliance on post-removal amendments to the complaint is in error when determining subject matter jurisdiction. *Poore v. American-Amicable Life Insurance Company of Texas*, 218 F.3d 1287 (11th Cir. 2000). When determining removal the decision is based on whether the court had jurisdiction at the time of removal. *Id.* at 1289; *Chase v. Shop 'N Save Warehouse Foods, Inc.*, 110 F.3d 424, 428 (7th Cir. 1997); *Williams v. Wal-Mart Discount Cities*, 1993 WL 840294 (S.D. Ga. 1993) (simply amending a complaint cannot destroy federal jurisdiction); *Angus v. Shirley,*

*Inc.*, 989 F.2d 142 (3d Cir. 1993); *Horton v. Liberty Mutual Insurance Co.*, 367 U.S. 348, 353 (1961).

2. Defendants do not waive their claim that the case has been properly removed.

WHEREFORE, PREMISES CONSIDERED, defendants do not object to plaintiff's motion to amend and supplement the complaint.

Respectfully submitted this the 25th day of May, 2007.

BISHOP, COLVIN, JOHNSON & KENT
1910 1st Avenue North
Birmingham, AL 35203
Phone: (205) 251-2881
Fax: (205) 254-3987

*s/ Burgin H. Kent*
Burgin H. Kent (ASB-1803-K60B)

*s/ Lucy Hester*
Lucy Hester (ASB-9827-C64H)

*Attorneys for Defendants North American Van Lines, Inc., Tampa Bay North American, Greg Dolphin, Greg Dolphin Enterprises, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Response to Plaintiff's Motion to Amend and Supplement Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this 25th day of May, 2007.

W. David Dawson, Esq.
Whittelsey, Whittelsey & Poole, P.C.
P.O. Box 106
Opelika, Alabama 36803-0106
ddawson@wwp-law.com

I hereby certify that a true and correct copy of the foregoing has been served on the following by placing a copy of same in the U.S. Mail, postage prepaid, this 25th day of May, 2007.

C.S. Whittelsey, III, Esq.
Whittelsey, Whittelsey & Poole, P.C.
P.O. Box 106
Opelika, Alabama 36803-0106

*s/ Burgin H. Kent*
Burgin H. Kent