IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NELLE H. TAYLOR, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO.: 3:07-cv-394-MEF-WC |
| | ) |
| NORTH AMERICAN VAN LINES, INC., | ) |
| et al., | ) |
| | ) |
|     DEFENDANTS. | ) |

## ORDER

This cause is before the Court on the Motion to Supplement and Amend the Complaint (Doc. # 4) filed by Plaintiff Nelle H. Taylor on May 16, 2007. It is hereby ORDERED that the motion is GRANTED. It is further ORDERED that on or before **June 8, 2007**, Plaintiff Nelle H. Taylor shall filed an amended complaint which amendment shall conform to the Local Rules for the United States District Court for the Middle District of Alabama including Rule 15.1.

DONE this the 1st day of June, 2007.

                                                                    /s/ Mark E. Fuller
                                                               CHIEF UNITED STATES DISTRICT JUDGE