IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NELLE H. TAYLOR ) | |
| ) | |
|   Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER: |
| ) | 3:07-CV-00394 |
| NORTH AMERICAN VAN LINES, INC. a ) | |
| Corporation; and TAMPA BAY NORTH ) | |
| AMERICAN, a corporation, and GREG ) | |
| DALPHIN, individually and as an agent, servant ) | |
| and employee of Tampa Bay North American, et al. ) | |
| ) | |
|   Defendants ) | |

## JOINT STIPULATION OF DISMISSAL

COMES NOW all parties jointly and show unto this Honorable Court that they have resolved this matter and stipulate that this case is to be dismissed with prejudice, costs taxed as paid.

Respectfully submitted this 20th day of July 2007.

| | |
|---|---|
| BISHOP, COLVIN, JOHNSON & KENT | *s/ Burgin H. Kent* |
| 1910 1st Avenue North | Burgin H. Kent (ASB-1803-K60B) |
| Birmingham, AL  35203 | |
| Phone:  (205) 251-2881 | *s/ Lucy Hester* |
| Fax:      (205) 254-3987 | Lucy Hester (ASB-9827-C64H) |
| | |
| | *Attorneys for Defendants North American Van Lines, Inc., Tampa Bay North American, Greg Dolphin, and Greg Dolphin Enterprises, Inc.* |
| | |
| WHITTELSEY, WHITTELSEY, & POOLE | *s/ C.S. Whittelsey* |
| 600 Avenue A | C.S. Whittelsey (ASB-7875-E68C) |
| P.O. Box 106 | |
| Opelika, AL  36803 | *s/ W. David Dawson* |
| Phone:  (334) 745-7766 | W. David Dawson (ASB-5555-M69D) |
| | |
| | *Attorneys for Plaintiff, Nelle Taylor* |

## Certification

On this 20th day of July 2007, I hereby certify that all parties agree to and have authorized their electronic signature to the foregoing.

*s/ Lucy Hester*
Lucy Hester